UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

CASEVILLE WELDING, INC.,           Case No. 07-22473

                                                  Chapter 7 Proceeding
              Debtor(s).                   Hon. Daniel S. Opperman
_____/

**NOTICE REGARDING FUNDS TO BE
DEPOSITED IN U.S. REGISTRY**

     NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $140.28 for deposit in the U.S. Registry as evidenced by the attached check number 3011, made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds", Under $10 or Unclaimed from the Interim Distribution on or about January 7, 2011, on behalf of the following creditors:

| | | |
|---|---|---|
| 23 | Kay Baker | $34.60 |
| 24 | Lee Yorton | $41.95 |
| 25 | Pamela Zue | $37.78 |
| 26 | Clyde Sheffield, Jr. | $25.95 |
| TOTAL | | $140.28 |

DATED: May 26, 2011

                                                  /s/ Randall L. Frank
                                                  _____
                                                  Randall L. Frank (P33189)
                                                  Chapter 7 Trustee
                                                  310 Davidson Building
                                                  P.O. Box 2220
                                                  Bay City, Michigan 48707
                                                  Telephone: (989) 893-2461
                                                  randall.frank@gmail.com